UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ida V. Shelley,<br><br>                  Plaintiff,<br><br>vs.<br><br>State Farm Insurance Company,<br><br>                  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-1036-WBH |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the civil action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 22nd day of June, 2015.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                            By:  s/J. Acker
                                                       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  June 22, 2015
James N. Hatten
Clerk of Court

By:  s/J. Acker
        Deputy Clerk